984

No. 00–8844. GARCIA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8845. HIDER v. SHERIFF, CUMBERLAND COUNTY. C. A. 1st Cir. Certiorari denied.

No. 00–8846. HERNANDEZ-RODRIGUEZ v. UNITED STATES; and HERNANDEZ-CASTANON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8847. GOMEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–8848. GARCIA-GUIZAR v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8850. DEVEAUX v. SCHRIVER, SUPERINTENDENT, WALLKILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–8851. STEPHENS v. GOMEZ, JUDGE, CIRCUIT COURT, 13TH JUDICIAL CIRCUIT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8855. POWELL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8857. TEMPLETON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8864. DRAYDEN v. WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8868. RANKIN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8874. BANUELOS-CAMPOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8875. NAHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8876. POUNDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8879. SCHILLING v. FRANKLIN COUNTY ADULT PROBATION. C. A. 6th Cir. Certiorari denied.